The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-191JLR |
|---|---|
| Plaintiff, | ORDER EXTENDING INDICTMENT DEADLINE |
| v. | |
| AUSTIN HSU, | |
| Defendant. | |

WHEREAS, the parties have filed a stipulation pursuant to 18 U.S.C. § 3161(h)(7)(A) extending the time for indictment in this case until December 26, 2020; and

The Court FINDS that extending the time for indictment in this case would allow defense counsel to conduct necessary investigation and might allow the parties to conduct plea negotiations that might resolve this case in a manner desirable to both parties; and

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by extending the time for indictment in this case outweigh the best interest of the public and of the defendant in a more speedy indictment in this matter; now, therefore,

Order Extending Indictment Deadline
*United States v. Austin Hsu*, No. CR20-191JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ORDERED that the time for indictment in this case shall be extended until December 26, 2020, and that the period of time from November 26, 2020, up to and including December 26, 2020, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 12th day of November, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Steven T. Masada*_____
STEVEN T. MASADA
Assistant United States Attorney

*s/ Robert Fedor* (by email authorization)
ROBERT FEDOR
ROBERT FLENNAUGH
Counsel for Austin Hsu

Order Extending Indictment Deadline
*United States v. Austin Hsu*, No. CR20-191JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970