UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AUSTIN HSU,<br><br>　　　　　　Defendant. | No. CR20-191 JLR<br><br>ORDER ALLOWING SUBSTITUTION OF COUNSEL |

　　　　Mr. Hsu has moved the Court to allow Brent Hart (Hart Jarvis Murray Chang) to substitute in as counsel for the above entitled case. This motion is unopposed.

　　　　IT IS ORDERED that Mr. Hart is allowed to substitute in as counsel of record for this case. Attorneys Robert Fedor and Robert Flennaugh II may withdraw.

　　　　Ordered this __3rd__ day of December, 2020

　　　　_/s/ James R. Robart_
　　　　James Robart
　　　　United District Court Judge

ORDER RE SUBSTITUTION OF COUNSEL
*US v. HSU CR20-191-* 1

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950

1

2  Presented By:

3

4

5  /s  Brent Hart
   Brent Hart
6  WSBA #30368
   Hart Jarvis Murray Chang PLLC
7  155 NE 100th Street Suite 210
   Seattle, WA 98125
8  206-735-7474 (p)
   206-260-2950 (f)
9  bhart@hjmc-law.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER RE SUBSTITUTION OF COUNSEL
*US v. HSU CR20-191-* 2

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950