UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN HSU,<br><br>Defendant. | NO. CR20-191JLR<br><br>ORDER AUTHORIZING CLERK OF COURT TO ACCEPT PAYMENT |

THIS MATTER comes before the Court on the parties' stipulated motion to authorize the Clerk of Court to accept payment toward restitution in advance of sentencing in this matter.

After reviewing the stipulated motion, and good cause appearing, the Court enters the following ORDER:

Pursuant to Local Civil Rule 67(a) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk of Court is hereby authorized to accept into the Court's registry payment(s) toward the defendant's restitution obligation, in the amount of $191,427.79, or thereabouts, in advance of sentencing and entry of judgment in this

//

//

Order to Authorize Clerk to Accept Payment
*United States v. Hsu*; CR20-191JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

matter, and to hold those funds until they may be disbursed pursuant to a restitution order.

DATED this 7th day of January, 2021.

HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

s/ *Steven Masada*
STEVEN MASADA
Assistant United States Attorney

CHRISTOPHER FENTON
Trial Attorney, Fraud Section,
Criminal Division, Department of Justice

s/ *Brent Hart (by email authorization)*
BRENT HART
Attorney for Defendant

Order to Authorize Clerk to Accept Payment
*United States v. Hsu*; CR20-191JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970