Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-191 JLR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| AUSTIN HSU, | |
| Defendant. | |

THE COURT has considered the stipulated motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a video or telephonic guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the parties' stipulation. Accordingly,

THE COURT ORDERS that the parties may proceed with a plea hearing by telephone and/or video conference, consistent with current procedures established by this

//

ORDER AUTHORIZING IN-PERSON APPEARANCE AND CONSENT TO
PROCEED BY VIDEO/TELEPHONIC CONFERENCE  - 1
*U.S. v. Hsu*, CR20-191 JLR

Court, and directs the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DONE this 7th day of January, 2021.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*// s // Brent Hart*
BRENT HART
Attorney for Defendant Austin Hsu

So stipulated:

*// s // Steven Masada (by email authorization)*

STEVEN T. MASADA
Assistant United States Attorneys

CHRISTOPHER FENTON
Trial Attorney, Fraud Section,
Criminal Division, Department of Justice

ORDER AUTHORIZING IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE - 2
*U.S. v. Hsu*, CR20-191 JLR