# EXHIBIT A

| COMPANY_NAME | INDIVIDUAL_NAME | PAYROLL_RUN_DATE | PAYCHECK_SETTLEMENT_DATE | SETTLEMENT_TYPE | FINANCIAL_TRANS_AMT |
|---|---|---|---|---|---|
| BLACKROCK SERVICES PS | Hsu, Austin | 09/03/2019 | 09/05/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | Hsu, Austin | 09/16/2019 | 09/20/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | Hsu, Austin | 10/02/2019 | 10/04/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | Hsu, Austin | 10/16/2019 | 10/18/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | Hsu, Austin | 01/04/2020 | 01/07/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | Hsu, Austin | 03/31/2020 | 04/03/2020 | ACH | $6,841.00 |
| BLACKROCK SERVICES PS | Hsu, Austin | 04/15/2020 | 04/17/2020 | ACH | $6,841.00 |
| BLACKROCK SERVICES PS | Hsu, Austin | 04/26/2020 | 04/29/2020 | ACH | $6,841.00 |
| BLACKROCK SERVICES PS | Hsu, Austin | 05/04/2020 | 05/06/2020 | ACH | $5,670.00 |
| BLACKROCK SERVICES PS | Hsu, Austin | 05/19/2020 | 05/21/2020 | ACH | $2,882.30 |
| PRODIGY HOLDINGS PLLC | Hsu, Austin | 05/26/2020 | 05/29/2020 | ACH | $1,497.20 |
| BLACKROCK SERVICES PS | Hsu, Austin | 06/03/2020 | 06/05/2020 | ACH | $2,950.65 |
| SEQUOIA WEST PS | Hsu, Austin | 06/04/2020 | 06/08/2020 | ACH | $2,681.30 |
| EVERGREEN FOREST CORP | Hsu, Austin | 06/05/2020 | 06/09/2020 | ACH | $2,972.00 |
| HUGGTOPUS CORPORATION | Hsu, Austin | 06/05/2020 | 06/09/2020 | ACH | $2,928.65 |
| PRODIGY HOLDINGS PLLC | Hsu, Austin | 06/05/2020 | 06/09/2020 | ACH | $2,681.30 |
| PRODIGY HOLDINGS PLLC | Hsu, Austin | 06/12/2020 | 06/16/2020 | ACH | $1,361.30 |
| BLACKROCK SERVICES PS | Hsu, Austin | 06/20/2020 | 06/24/2020 | ACH | $2,812.95 |
| EVERGREEN FOREST CORP | Hsu, Austin | 06/20/2020 | 06/24/2020 | ACH | $2,849.60 |
| SEQUOIA WEST PS | Hsu, Austin | 06/20/2020 | 06/24/2020 | ACH | $2,681.30 |
| PRODIGY HOLDINGS PLLC | Hsu, Austin | 06/20/2020 | 06/26/2020 | ACH | $1,222.60 |
| EVERGREEN FOREST CORP | Hsu, Austin | 07/03/2020 | 07/07/2020 | ACH | $2,802.00 |
| HUGGTOPUS CORPORATION | Hsu, Austin | 07/03/2020 | 07/07/2020 | ACH | $2,997.00 |
| EVERGREEN FOREST CORP | Hsu, Austin | 07/26/2020 | 07/29/2020 | ACH | $4,811.25 |
| HUGGTOPUS CORPORATION | Hsu, Austin | 07/26/2020 | 07/29/2020 | ACH | $5,303.25 |

| COMPANY_NAME | INDIVIDUAL_NAME | PAYROLL_RUN_DATE | PAYCHECK_SETTLEMENT_DATE | SETTLEMENT_TYPE | FINANCIAL_TRANS_AMT |
| --- | --- | --- | --- | --- | --- |
| BLACKROCK SERVICES PS | | 03/06/2019 | 03/08/2019 | ACH | $2,993.00 |
| BLACKROCK SERVICES PS | | 03/20/2019 | 03/22/2019 | ACH | $1,598.00 |
| BLACKROCK SERVICES PS | | 04/03/2019 | 04/05/2019 | ACH | $1,598.00 |
| BLACKROCK SERVICES PS | | 04/17/2019 | 04/19/2019 | ACH | $1,598.00 |
| BLACKROCK SERVICES PS | | 05/01/2019 | 05/03/2019 | ACH | $1,598.00 |
| BLACKROCK SERVICES PS | | 05/15/2019 | 05/17/2019 | ACH | $1,598.00 |
| BLACKROCK SERVICES PS | | 05/29/2019 | 05/31/2019 | ACH | $1,598.00 |
| BLACKROCK SERVICES PS | | 06/26/2019 | 06/28/2019 | ACH | $1,598.00 |
| BLACKROCK SERVICES PS | | 07/12/2019 | 07/16/2019 | ACH | $1,949.75 |
| BLACKROCK SERVICES PS | | 08/07/2019 | 08/09/2019 | ACH | $1,949.75 |
| BLACKROCK SERVICES PS | | 07/24/2019 | 08/09/2019 | ACH | $1,949.75 |
| BLACKROCK SERVICES PS | | 08/21/2019 | 08/23/2019 | ACH | $1,949.75 |
| BLACKROCK SERVICES PS | | 09/03/2019 | 09/05/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | | 09/16/2019 | 09/20/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | | 10/02/2019 | 10/04/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | | 10/16/2019 | 10/18/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | | 11/05/2019 | 11/06/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | | 11/16/2019 | 11/20/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | | 12/04/2019 | 12/06/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | | 12/17/2019 | 12/20/2019 | ACH | $2,317.50 |
| BLACKROCK SERVICES PS | | 01/04/2020 | 01/07/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | | 01/17/2020 | 01/22/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | | 02/04/2020 | 02/05/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | | 02/17/2020 | 02/20/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | | 03/03/2020 | 03/05/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | | 03/18/2020 | 03/20/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | | 04/09/2020 | 04/13/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | | 04/20/2020 | 04/22/2020 | ACH | $2,320.50 |
| BLACKROCK SERVICES PS | | 05/04/2020 | 05/06/2020 | ACH | $5,670.00 |
| BLACKROCK SERVICES PS | | 05/19/2020 | 05/21/2020 | ACH | $2,882.30 |
| PRODIGY HOLDINGS PLLC | | 05/26/2020 | 05/29/2020 | ACH | $1,361.30 |
| BLACKROCK SERVICES PS | | 06/03/2020 | 06/05/2020 | ACH | $2,950.65 |
| SEQUOIA WEST PS | | 06/04/2020 | 06/08/2020 | ACH | $2,802.00 |
| EVERGREEN FOREST CORP | | 06/05/2020 | 06/09/2020 | ACH | $2,802.00 |
| HUGGTOPUS CORPORATION | | 06/05/2020 | 06/09/2020 | ACH | $2,955.59 |
| PRODIGY HOLDINGS PLLC | | 06/05/2020 | 06/09/2020 | ACH | $2,802.00 |
| PRODIGY HOLDINGS PLLC | | 06/12/2020 | 06/16/2020 | ACH | $1,498.00 |
| BLACKROCK SERVICES PS | | 06/20/2020 | 06/24/2020 | ACH | $2,882.30 |
| EVERGREEN FOREST CORP | | 06/20/2020 | 06/24/2020 | ACH | $2,802.00 |
| SEQUOIA WEST PS | | 06/20/2020 | 06/24/2020 | ACH | $2,802.00 |
| PRODIGY HOLDINGS PLLC | | 06/20/2020 | 06/26/2020 | ACH | $1,361.30 |
| EVERGREEN FOREST CORP | | 07/03/2020 | 07/07/2020 | ACH | $2,802.00 |
| HUGGTOPUS CORPORATION | | 07/03/2020 | 07/07/2020 | ACH | $2,997.00 |
| EVERGREEN FOREST CORP | | 07/26/2020 | 07/29/2020 | ACH | $4,811.25 |

| Name | | Date | Date | Type | Amount |
|---|---|---|---|---|---|
| HUGGTOPUS CORPORATION | ███ | 07/26/2020 | 07/29/2020 | ACH | $5,303.25 |
| PRODIGY HOLDINGS PLLC | ███ | 07/03/2020 | 08/05/2020 | ACH | $1,617.00 |