HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-191JLR |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE |
| v. | |
| AUSTIN HSU, | Noted: September 17, 2021 |
| Defendant. | |

The defendant, Austin Hsu, through counsel, Brent Hart, requests that this Court delay Dr. Hsu's self-surrender date by 60 days. The Government does not oppose Dr. Hsu's request. Pretrial Services defers to the Court.

**I.    Procedural History**

Dr. Hsu was charged by complaint on October 26th, 2020. Dkt 1. The following day, he was arrested and had his initial appearance where he was released on conditions to be supervised by pretrial services. He has remained in the community for more than 10 months with no violations of the conditions of his bond.

Dr. Hsu pleaded guilty on January 21, 2021. Dkt 32. This Court sentenced Dr. Hsu on August 10, 2021 to 24 months custody with a recommendation to be placed at Sheridan and was allowed to self-report. Dkt No. 49. He recently received instructions that he is to report no later than September 22, 2022.

UNNOPPOSED FOURTH MOTION TO
EXTEND SELF-SURRENDER DATE
U.S. v. Hsu, No. CR 20-191 - 1

**HART JARVIS MURRAY CHANG**
**155 NE 100th Street, Suite 210**
**Seattle, Washington 98125**
**(206) 661-1811**

**II. Another delay in the self-surrender date is warranted in light of the COVID-19 pandemic, ongoing logistical issues with his MRI business, and his spotless record on pretrial supervision.**

Dr. Hsu asks that the Court delay his self-surrender date for another 60 days. The COVID-19 pandemic places significant strain on the Bureau of Prisons and a delay in reporting would protect the health of Dr. Hsu, as well as BOP staff and inmates. Dr. Hsu has been designated to Sheridan Camp in Oregon State.

Sheridan is currently experiencing a surge in cases of COVID -19. Per BOP.gov on August 27, 2021

| Facility Name | No. of inmates with completed tests | No. of inmates with pending tests | No. of inmates with positive tests |
| --- | --- | --- | --- |
| FCI Sheridan | 1509 | 1 | 202 |

An inmate recently died as a result of the COVID 19 virus and conditions have been questioned at the facility. See Exhibit 1.

Nationwide, the United States is currently experiencing a surge in COVID-19 outbreak due to the Delta variant. In total, more than 600,000 Americans have died as a result of COVID since the pandemic began. Over the past seven days, 864 Americans have died per day as a result of COVID-19[1], representing an 11% rise from the week prior.

In addition to the concerning outbreak of COVID, Dr. Hsu is still frantically trying to put his affairs in order and deal with the MRI machine that was heavily referenced throughout defense sentencing materials. He would be grateful for some extra time in order complete that undertaking.

---

[1] Www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html

UNNOPPOSED FOURTH MOTION TO
EXTEND SELF-SURRENDER DATE
U.S. v. Hsu, No. CR 20-191 - 2

**HART JARVIS MURRAY CHANG**
**155 NE 100th Street, Suite 210**
**Seattle, Washington 98125**
**(206) 661-1811**

Frankly, the Defense believes the combination of the on-going COVID surge and logistical issues that Dr. Hsu is dealing with relating to the MRI machine may not be resolved even with a 60-day delay.  But after consulting with the government, the thought is to delay the report date by 60 days and potentially revisit the report date later if the circumstances warrant.   It is possible that a booster vaccine could be possible soon which could also be helpful.

**III.  Conclusion**

For all of the above reasons, the Court should grant this motion to delay the self-surrender date by 60 days.

DATED this 27th day of August, 2021.

Respectfully submitted,

s/ *Brent Hart*
WSBA 30368
Attorney for Austin Hsu

UNNOPPOSED FOURTH MOTION TO
EXTEND SELF-SURRENDER DATE
U.S. v. Hsu, No. CR 20-191 - 3

**HART JARVIS MURRAY CHANG**
**155 NE 100th Street, Suite 210**
**Seattle, Washington 98125**
**(206) 661-1811**

Exhibit 1
August 20, 2021 Article re COVID Death at Sheridan
Shelton Herald
http://www.sheltonherald.com

UNNOPPOSED FOURTH MOTION TO
EXTEND SELF-SURRENDER DATE
U.S. v. Hsu, No. CR 20-191 - 4

**HART JARVIS MURRAY CHANG**
**155 NE 100th Street, Suite 210**
**Seattle, Washington 98125**
**(206) 661-1811**

## II. Another delay in the self-surrender date is warranted in light of the COVID-19 pandemic, ongoing logistical issues with his MRI business, and his spotless record on pretrial supervision.

Dr. Hsu asks that the Court delay his self-surrender date for another 60 days. The COVID-19 pandemic places significant strain on the Bureau of Prisons and a delay in reporting would protect the health of Dr. Hsu, as well as BOP staff and inmates. Dr. Hsu has been designated to Sheridan Camp in Oregon State.

Sheridan is currently experiencing a surge in cases of COVID -19. Per BOP.gov on August 27, 2021

| Facility Name | No. of inmates with completed tests | No. of inmates with pending tests | No. of inmates with positive tests |
| --- | --- | --- | --- |
| FCI Sheridan | 1509 | 1 | 202 |

An inmate recently died as a result of the COVID 19 virus and conditions have been questioned at the facility. See Exhibit 1.

Nationwide, the United States is currently experiencing a surge in COVID-19 outbreak due to the Delta variant. In total, more than 600,000 Americans have died as a result of COVID since the pandemic began. Over the past seven days, 864 Americans have died per day as a result of COVID-19[1], representing an 11% rise from the week prior.

In addition to the concerning outbreak of COVID, Dr. Hsu is still frantically trying to put his affairs in order and deal with the MRI machine that was heavily referenced throughout defense sentencing materials. He would be grateful for some extra time in order complete that undertaking.

---

[1] Www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html

UNNOPPOSED FOURTH MOTION TO
EXTEND SELF-SURRENDER DATE
U.S. v. Hsu, No. CR 20-191 - 2

**HART JARVIS MURRAY CHANG**
**155 NE 100th Street, Suite 210**
**Seattle, Washington 98125**
**(206) 661-1811**

Frankly, the Defense believes the combination of the on-going COVID surge and logistical issues that Dr. Hsu is dealing with relating to the MRI machine may not be resolved even with a 60-day delay. But after consulting with the government, the thought is to delay the report date by 60 days and potentially revisit the report date later if the circumstances warrant. It is possible that a booster vaccine could be possible soon which could also be helpful.

**III. Conclusion**

For all of the above reasons, the Court should grant this motion to delay the self-surrender date by 60 days.

DATED this 27th day of August, 2021.

Respectfully submitted,

s/ *Brent Hart*
WSBA 30368
Attorney for Austin Hsu

UNNOPPOSED FOURTH MOTION TO
EXTEND SELF-SURRENDER DATE
U.S. v. Hsu, No. CR 20-191 - 3

**HART JARVIS MURRAY CHANG**
**155 NE 100th Street, Suite 210**
**Seattle, Washington 98125**
**(206) 661-1811**

Exhibit 1
August 20, 2021 Article re COVID Death at Sheridan
Shelton Herald
http://www.sheltonherald.com

UNNOPPOSED FOURTH MOTION TO
EXTEND SELF-SURRENDER DATE
U.S. v. Hsu, No. CR 20-191 - 4

**HART JARVIS MURRAY CHANG**
**155 NE 100th Street, Suite 210**
**Seattle, Washington 98125**
**(206) 661-1811**

Subscribe    Sign In

**Recommended**

 Shelton superintendent: Lesson plans set for

 Shelton allocates federal funds for sewer pipe repair

 Skylar Concepcion celebrates 4th birthday



NEWS

# Man in Oregon federal prison dies as conditions questioned

Updated: Aug. 20, 2021 11:21 a.m.

SHERIDAN, Ore. (AP) — The U.S. Bureau of Prisons said this week that a 42-year-old man incarcerated at the Sheridan Federal Correctional Institution in Oregon died, possibly from medical complications.

On Aug. 12, Ikaika Ryan Chung was taken to a hospital for low blood pressure, low blood sugar and elevated heart rate, prison officials said in a statement. He was pronounced dead there.

ADVERTISEMENT
Article continues below



Chung's death comes amid serious concerns raised about the overall health and medical care of the more than 1,200 men serving sentences inside Oregon's only federal prison, Oregon Public Broadcasting reported.

**All the stories, all the time**     Unlock Shelton Herald for 99¢     **SUBSCRIBE**

"Mentally and physically, inmates are suffering," Oregon's federal public defender Lisa Hay wrote in a document she filed in federal court in the days after Chung's death. "Some have died."

A spokesperson for the Bureau of Prisons said [it could not] comment on pending litigation or matters sub[ject to …]



Hotel Deals
www.hotwire.com
BOOK NOW
Ad : (0:11)
Learn More

In her court filing, Hay detailed a number of troubling accounts her office has received this month from people "begging for help, for themselves and others."

**ADVERTISEMENT**
Article continues below this ad

On Aug. 12, Oregon's federal public defender's office received an email from a person incarcerated at Sheridan.

Hay confirmed to OPB the redacted person's name in her court filing was Chung.

"inmate (redacted) has a medical problem whe[re] legs are swollen beyond the scope of 'normal e[…] … and they are refusing to do ANYTHING to c[…] NEEDS HELP," the email to Hay's office said.


Hotel Deals — www.hotwire.com — BOOK NOW — Learn More — Ad : (0:11)

**MOST POPULAR**

**1.** These CDC-approved, MiUSA N95 masks are 80 cents each on Amazon

**2.** Dan Haar: Anti-mask protesting is fine; breaking up events is not

**3.** After CT meteorologist gets post-Henri insults, others say they're no stranger to harsh words

**4.** Scott Snell named athletic coordinator at Shelton High

**5.** Opinion: Camillo has kept Greenwich ahead of COVID

**6.** Shelton superintendent: Lesson plans set for quarantined students

**7.** Lamont escorted out after mask protesters shut down back-to-school briefing in Cheshire

Chung arrived at the medium security facility Dec. 16, 2019 after pleading guilty to a conspiracy charge involving a drug case and was sentenced to 10 years.

ADVERTISEMENT
Article continues below this ad



According to the Bureau of Prisons, Chung tested positive for COVID-19 on Dec. 29, 2020 and was placed in medical isolation and monitored. On Jan. 25, Chung "was converted to a status of recovered," officials said.

As of Wednesday, Sheridan listed 30 positive cases of COVID-19 inside the facility. That's the federal prison system's second largest outbreak in the country behind a facility in Florida.

Hay has asked a federal judge to order an inspection of the prison and regular updates about vaccination rates of Sheridan staff, length of time inmates are confined to their cells and a person to help staff and inmates communicate concerns.

Written By

VIEW COMMENTS

**The Dating Site for Highly-Educated Singles in Seattle**
EliteSingles | Sponsored

**Montana Man Discovers He Has Oldest DNA in America**
CRI Genetics | Sponsored

**Save money when you shop on Prime — use this to…**
Capital One Shopping | Sponsored


Hotel Deals
www.hotwire.com
BOOK NOW
Learn More
Ad : (0:11)

### Keep safe with this award winning Antivirus. Now 50% OFF
**Bitdefender** | Sponsored

### Washington Launches New Policy For Cars Used Less Than 50 Miles/Day
**Walletgenius** | Sponsored

### The Ingenious Reason There Are No Mosquitoes At Disney World
**Total Past** | Sponsored

### Washington: Senior Drivers Are in For a Big Surprise
Saving on auto insurance is so simple
**The Rate Chopper** | Sponsored

### Fishing Crew Sees Iceberg, Spots Creature On It, But Then Look Closer
**Film Oracle** | Sponsored

### Washington Brings Great News for Senior Drivers in These Zip Codes
**The Rate Chopper** | Sponsored

### Why Are Homeowners Loving These Shades?
**Graber Blinds** | Sponsored

###  Washington Program is Giving Homeowners New Windows
**Solar Quotes** | Sponsored

### Couple Makes A Bet: No Eating Out, No Cheat Meals, No Alcohol. A Year After This Is The
**Post Fun** | Sponsored

### Window Treatments So Sophisticated, It's Hard to Believe
Sophisticated style, energy-efficiency, unyielding quality. Innovative window treatments.
**Graber Blinds** | Sponsored



TOP

**ABOUT**

| | |
|---|---|
| Newspaper Delivery Safety Procedures | Terms of Use |
| Privacy Notice / Notice at Collection | Careers |
| Your California Privacy Rights | Advertising |
| Interest Based Ads | |

**CONTACT**

| | |
|---|---|
| Contact Us | E-Edition |
| FAQ | Submissions |

**CONNECT**

| | |
|---|---|
| Subscribe Today | Twitter |
| Facebook | |

HEARST *newspapers*

©2021 Hearst



Learn More

Hotel Deals
www.hotwire.com
BOOK NOW

Ad : (0:11)

1