The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN HSU, <br><br> Defendant. | No. CR20-0191JLR <br><br> GOVERNMENT'S MEMORANDUM REGARDING DEFENDANT'S SECOND MOTION TO EXTEND SELF-SURRENDER DATE |

The United States of America, by and through undersigned counsel, files this memorandum in response to the motion filed by the defendant, Austin Hsu, requesting a second extension of his self-surrender date to commence his custodial sentence. Dkt. #56. More specifically, Defendant Hsu requests that his self-surrender date be delayed an additional 90 days. He further notes, "Barring another dangerous outbreak of COVID at Sheridan, this will be the last request for an extension." *Id.* at 3. Defendant Hsu's current report date is November 22, 2021.

//
//
//

GOVERNMENT'S MEMORANDUM RE: DEFENDANT'S MOTION TO
DELAY REPORT DATE- 1
U.S. v. AUSTIN HSU (CR20-0191JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | The government takes no position on this request, and further confirms, as asserted |
| 2 | in his motion, that Defendant Hsu accepted responsibility and entered a guilty plea in a |
| 3 | timely manner. According to the assigned Pretrial Officer, "Pretrial Services does not |
| 4 | endorse another surrender date extension." |

DATED: this 25th day of October, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4440

GOVERNMENT'S MEMORANDUM RE: DEFENDANT'S MOTION TO
DELAY REPORT DATE- 2
U.S. v. AUSTIN HSU (CR20-0191JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970