HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AUSTIN HSU,<br><br>  Defendant. | No. CR20-191 JLR<br><br>(~~PROPOSED~~) ORDER GRANTING THE MOTION TO EXTEND SELF-SURRENDER DATE |

This Court has reviewed the Defendant's motion to extend his self-surrender date and has reviewed the records and files in this case.

IT IS NOW ORDERED that the date by which the defendant must report to FCI Sheridan Satellite camp is extended 90 days, from November 22, 2021, to no later than February 1, 2022.

DATED this 29th day of October, 2021.

JAMES ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
s/ Brent Hart
WSBA 30368
Attorney for Austin Hsu

ORDER TO EXTEND
SELF-SURRENDER DATE
(Austin Hsu, No.CR19-191-JLR) - 1

HART JARVIS MURRAY CHANG
155 NE 100th Street Suite 210
Seattle, Washington 98125
(206) 661-1811