The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN HSU,<br><br>Defendant. | NO. CR20-191-JLR<br><br>[PROPOSED] JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. $149,900 in U.S. funds seized on October 27, 2020 from Umpqua Bank account ending in 1127, held in the name of Evergreen Forest, LLC;

2. $57,981.31 in U.S. funds seized on November 2, 2020 from Bank of America account ending in 5116, held in the name of Blackrock Services;

3. $26,620.87 in U.S. funds seized on November 2, 2020 from Bank of America account ending in 6280, held in the name of Prodigy Holdings PLLC;

4. $133,275 in U.S. funds seized on November 2, 2020 from Bank of America account ending in 9731, held in the name of Sequoia West Corp.; and,

5. $149,900 in U.S. funds seized on November 2, 2020 from Salal Credit Union account ending in 6496, held in the name of Austin Hsu.

Final Order of Forfeiture - 1
*United States v. Austin Hsu*, CR20-191-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On August 9, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified funds forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in them (Dkt. No. 47);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 53) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified funds exists in any party other than the United States;

2. The funds are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The United States Department of Treasury and/or their representatives, are authorized to dispose of the U.S. funds as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of November, 2021.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Austin Hsu*, CR20-191-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

_s/ Michelle Jensen_
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
United States v. Austin Hsu, CR20-191-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970