The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR20-0191JLR |
|---|---|
| Plaintiff, | |
| v. | ORDER MODIFYING BOND CONDITION |
| AUSTIN HSU, | |
| Defendant. | |

THIS MATTER, having come on before the Court upon the government's unopposed motion, finds that good cause exists to modify the terms of the bond for Defendant Austin Hsu and therefore GRANTS said motion.

Now, therefore, it is hereby

ORDERED AND ADJUDGED that the condition related to contact with witnesses contained in the bond (Dkt. #7) governing the defendant's current release status is hereby modified and amended to state as follows:

> You shall not have direct contact with any existing and/or future witnesses, including Chau Zhou. Any communication with Ms. Zhou must be conducted through legal counsel or representative.

ORDER MODIFYING BOND CONDITION – 1
U.S. v. AUSTIN HSU (CR20-0191JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the Pretrial Office shall contact defendant and counsel of record for the defendant to obtain the defendant's acknowledgement of this bond modification; and

IT IS FURTHER ORDERED that all other terms and conditions of defendant's bond remain unchanged and in full effect, unless modified or amended by separate order of this Court; and

IT IS FURTHER ORDERED that the Clerk of the Court deliver a certified copy of this Order Modifying Terms of Supervised Release to the United States Marshal or other qualified officer (with copies to counsel of record).

DATED: this  12th  day of November, 2021.

_____
JAMES L. ROBART
United States District Judge

ORDER MODIFYING BOND CONDITION – 2
U.S. v. AUSTIN HSU (CR20-0191JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970