The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN HSU,<br><br>Defendant. | No. CR20-0191JLR<br><br>(~~PROPOSED~~) ORDER    jlr |

THIS COURT, having considered the defendant's motion, the response of the government, and the records on file, including prior motions for similar relief, finds that Defendant Austin Hsu has not set forth good cause to delay and extend the date of self-surrender to the Bureau of Prisons in the above-captioned matter; accordingly.

IT IS HEREBY ORDERED that the Defendant Hsu's third motion to delay his report date (Dkt. #67) is DENIED.

DATED: this  24th  day of January, 2022.

_____
JAMES L. ROBART
United States District Judge

ORDER – 1
U.S. v. AUSTIN HSU (CR20-0191JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970