The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN HSU,<br><br>Defendant. | No. CR20-191-JLR<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE U.S. SMALL BUSINESS ADMINISTRATION FOR LENDERS** |

Having reviewed the records in this case, and upon motion of the United States, and any response thereto, the Court hereby ORDERS that the United States Small Business Administration shall be substituted for lenders Square, Inc., and Kabbage, Inc.

According to information provided by the Clerk, as of September 11, 2025, the outstanding amount of restitution owed to lenders Square, Inc., and Kabbage, Inc., are $28,142.01 and $185, 773.66, respectively. The Court hereby ORDERS that the Clerk disburse all future restitution payments toward these two outstanding balances to the United States Small Business Administration.

//

//

Order Granting Motion to Substitute U.S. Small Business - 1
Administration for Lenders
*United States v. Hsu,* CR20-191-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States will provide the Clerk with the necessary payment information for the United States Small Business Administration.

SO ORDERED this 20th day of October, 2025.

_____
HON. JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order Granting Motion to Substitute U.S. Small Business - 1
Administration for Lenders
*United States v. Hsu*, CR20-191-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970